QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
PABLO ESPINDOLA MADRIGAL


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:05-cr-0415 MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | VACATING DATES, CONTINUING CASE |
| ) | AND EXCLUDING TIME |
| PABLO ESPINDOLA MADRIGAL, ) | |
| ) | |
| Defendant. ) | Date:  November 22, 2005 |
| ) | Time:  8:30 a.m. |
| _____ ) | Judge: Hon. Morrison C. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael M. Beckwith, and Assistant Federal Defender Jeffrey L. Staniels, attorney for PABLO ESPINDOLA MADRIGAL that the trial confirmation hearing scheduled for November 22, 2005, and the jury trial scheduled for December 7, 2005 be vacated and that this matter be continued until December 6, 2005, for status conference.  This continuance is requested to allow the probation office to complete an advisory pre-plea presentence report and to permit the parties to

confer with the benefit of that report about the possibility of resolution of this case without trial.

**IT IS FURTHER STIPULATED** that the time for trial under Speedy Trial Act be tolled from the filing of this stipulation on November 18, 2005, through December 6, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

The court is advised that counsel have conferred and that Mr. Beckwith has authorized Mr. Staniels to sign this stipulation on his behalf.

Dated: November 18, 2005      /S/ Jeffrey L. Staniels
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Attorney for Defendant
                              PABLO ESPINDOLA MADRIGAL


Dated: November 18, 2005      /S/ Michael M. Beckwith
                              Michael M. Beckwith
                              Assistant U.S. Attorney
                              Attorney for Plaintiff


**IT IS SO ORDERED**.

Dated: November 28, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2