QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
PABLO ESPINDOLA-MADRIGAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:05-cr-0415 MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE AND EXCLUDING TIME |
| ) | |
| PABLO ESPINDOLA-MADRIGAL, ) | |
| ) | Date:  January 10, 2005 |
| Defendant. ) | Time:  8:30 a.m. |
| ) | Judge: Hon. Morrison C. England |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael M. Beckwith, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case, which was dropped from this court's December 12 calendar, at the request of the defense, be continued until January 10, 2006, at 8:30 a.m., and that time be excluded between December 12, 2005, through and including January 10, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

///

This continuance is sought in order to permit consideration of the pre-plea advisory guideline presentence report which was received in defense counsel's office on December 7, 2005, while counsel was out of the office due to illness, and to permit consideration of a plea offer which is expected to be received from the government in the very near future.

**IT IS SO STIPULATED**.

Dated: December 13, 2005         /S/ Michael M. Beckwith
                                 Michael M. Beckwith
                                 Assistant United States Attorney
                                 Counsel for Plaintiff

Dated: December 13, 2005         /S/ Jeffrey L. Staniels
                                 Jeffrey L. Staniels
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 PABLO ESPINDOLA-MADRIGAL

**O R D E R**

**IT IS SO ORDERED.**

Dated: December 16, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2