QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PABLO ESPINDOLA-MADRIGAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:05-cr-0415 MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE AND EXCLUDING TIME |
| PABLO ESPINDOLA-MADRIGAL, ) | |
| ) | Date: March 14, 2006 |
| Defendant. ) | Time: 8:30 a.m. |
| ) | Judge: Hon. Morrison C. England |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael M. Beckwith, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case, which was dropped from this court's March 14 calendar, at the request of the defense, be continued until March 21, 2006, at 8:30 a.m., and that time be excluded between March 13, 2006, through and including March 21, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

   This continuance is sought in order to obtain some additional information relevant to sentencing and to consult with Mr. Madrigal on resolving this case and file appropriate documents with the court.

The court is advised that Mr. Beckwith has authorized Mr. Staniels to sign this stipulation on his behalf.

**IT IS SO STIPULATED**.

Dated: March 13, 2006      /S/ Michael M. Beckwith
                           Michael M. Beckwith
                           Assistant United States Attorney
                           Counsel for Plaintiff


Dated: March 13, 2005      /S/ Jeffrey L. Staniels
                           Jeffrey L. Staniels
                           Assistant Federal Defender
                           Counsel for Defendant
                           PABLO ESPINDOLA-MADRIGAL

**O R D E R**

**IT IS SO ORDERED.**

Dated: March 16, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2